IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00339-PAB-KMT

REBECCA E. BULLOCK,

      Plaintiff,

v.

JOHN D. WAYNE and BASIN SURVEYING, INC.,

      Defendants.

_____

**MINUTE ORDER**

_____

      This matter comes before the Court on defendants John D. Wayne and Basin Surveying, Inc.'s unopposed motions for separate trials on liability and damages [Docket Nos. 30, 31]. This case is currently set for a ten-day jury trial that begins on May 11, 2009. All of the parties agree that it would be more efficient and economical to proceed in two separate trials, one regarding liability and the other regarding damages. Federal Rule of Civil Procedure 42(b) allows courts to order separate trials on separate issues within a case "for convenience, to avoid prejudice, or to expedite and economize . . . ." *See generally Martin v. Bell Helicopter Co.*, 85 F.R.D. 654, (D. Colo. 1980). I conclude that the interests of the parties can be protected and the interests of efficiency and economy can be served by separate trials. Therefore, it is

      **ORDERED** that defendants John D. Wayne and Basin Surveying, Inc.'s unopposed motions for separate trials on liability and damages [Docket Nos. 30, 31] are GRANTED. The trial shall be bifurcated into two separate trials, one regarding liability and the other regarding damages. It is further

      **ORDERED** that the jury trial scheduled for **May 11, 2009** is VACATED. It is further

      **ORDERED** that the parties shall jointly contact Chambers via conference call (303-335-2794) no later than **Wednesday, March 11, 2009** to schedule a three-day trial on the liability issue and to schedule a three-day trial on the damages issue should such a trial be necessary.

      Dated March 5, 2009.