IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00339-PAB-KMT

REBECCA E. BULLOCK,

    Plaintiff,

v.

JOHN D. WAYNE and BASIN SURVEYING, INC.,

    Defendants.
_____

**ORDER**
_____

This matter has been scheduled for a four-day jury trial on the issue of liability on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **May 18, 2009 at 8:00 a.m.**

A Trial Preparation Conference has previously been scheduled for **April 17, 2009 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED March 6, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge