IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00339-PAB-KMT

REBECCA E. BULLOCK,

    Plaintiff,

v.

JOHN D. WAYNE and
BASIN SURVEYING, INC.,

    Defendants.

_____

### ORDER
_____

    This matter was tried from May 18, 2009 through May 21, 2009 before a jury of nine. Prior to trial, defendant John D. Wayne settled and voluntarily dismissed his counterclaims against plaintiff Rebecca Bullock.

    Regarding all of plaintiff's claims against defendants, the jury returned a verdict in favor of the defendants and against the plaintiff. It is therefore

    **ORDERED** that judgment shall enter in favor of defendants John D. Wayne and Basin Surveying, Inc. and against plaintiff Rebecca E. Bullock. Defendants are awarded costs pursuant to Fed. R. Civ. P. 54(d)(1).

    DATED June 9, 2009.

                                                     BY THE COURT:

                                                   s/Philip A. Brimmer
                                                   PHILIP A. BRIMMER
                                                   United States District Judge