IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00339-PAB-KMT

REBECCA E. BULLOCK,

    Plaintiff,

v.

JOHN D. WAYNE and
BASIN SURVEYING, INC.,

    Defendants.
_____

## ORDER
_____

    It is **ORDERED** that plaintiff and counterclaim defendant Rebecca E. Bullock's Unopposed Motion to Reconsider Order Entering Judgment Against Counterclaim Defendant, Rebecca Bullock [Docket No. 136] is GRANTED to the extent described herein.

    It is further **ORDERED** that the stipulated dismissal [Docket No. 130] is accepted and counterclaim plaintiff John D. Wayne's counterclaims against counterclaim defendant Rebecca E. Bullock are dismissed with prejudice. The parties shall bear their own costs as to the counterclaims.

    It is further **ORDERED** that the judgment shall be amended to reflect the fact that judgment enters in favor of John D. Wayne and Basin Surveying, Inc. as defendants

and against Rebecca E. Bullock as plaintiff.  Defendants are entitled to costs associated with plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 54 and 28 U.S.C. § 1920.  No other amendments to the judgment are to be made.

    DATED July 10, 2009.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge